DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
44 Montgomery Street, Suite 3340
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 421-0912
dmh@helbraunlaw.com

Attorneys for Plaintiff
PAUL ALFRED SINCERNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY,<br><br>Plaintiff,<br><br>vs.<br><br>City of Walnut Creek; Walnut Creek Police Department; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Brookshire; Walnut Creek Police Officer Adams; Walnut Creek Police Officer Ashley Roskos; Walnut Creek Police Officer Njoroge; Walnut Creek Police Officer Steve Bertolozzi; Walnut Creek Police Detective Kim Gerstner; Walnut Creek Police Officer Scott Moorhouse; Walnut Creek Police Chief Tom Chaplin, Rachel Melia Smith and DOES 1-20,<br><br>Defendants. | Case No. C17-02616 HSG<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE OCTOBER 12 HEARING ON DEFENDANTS' RULE 12 MOTION TO DISMISS** |

WHEREAS Defendants on August 25 filed and served a Rule 12(b)(6) Motion to Dismiss; and

WHEREAS on August 28, the said Motion to Dismiss was re-noticed for hearing to take place on October 12, 2017; and

STIPULATION AND ORDER TO MODIFY BRIEFING
SCHEDULE RE DEFENDANTS' RULE 12 MOTION TO
DIMSISS – C17-02616 HSG

WHEREAS under local court rules plaintiff's Opposition would normally be due on or before Friday September 8; and

WHEREAS plaintiff's counsel is a solo practitioner and must travel to Los Angeles for a hearing this week, and has depositions two out of the four business days next week following the Labor Day Holiday, which prior business commitments substantially impair his ability to research and draft a thorough Opposition by September 8;

NOW THEREFORE the parties, by and through their respective attorneys, have agreed that good cause exists in the interest of the furtherance of justice that the briefing schedule on said Motion to Dismiss be modified, and propose therefore to the Court that plaintiff's Opposition be filed and served no later than Friday September 15, and the defendants' Reply briefing on or before September 22, well before the re-noticed October 12 hearing date.

We hereby attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 29, 2017	HELBRAUN LAW FIRM

By: _____/s/   Helbraun, David M_____
David M. Helbraun
Attorneys for Plaintiff
Paul Alfred Sincerny

Dated: August 29, 2017	MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Blechman, Noah G.___
Noah G. Blechman
Attorneys for Defendants
City of Walnut Creek; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Adams; and Walnut Creek Police Officer Ashley Roskos

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND CAUSE EXSITING THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff's Opposition briefing with regard to defendants' pending Rule 12(b)(6) Motion to Dismiss shall be filed and served no later than September 15, 2017, and defendants' Reply

briefing shall be filed and served no later than September 22, 2017.

IT IS SO ORDERED

Dated: 8/30/2017

By: *Haywood S. Gill Jr.*
Hon. Haywood S. Gilliam, Jr.
District Court Judge