DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
44 Montgomery Street, Suite 3340
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 421-0912
dmh@helbraunlaw.com

Attorneys for Plaintiff
PAUL ALFRED SINCERNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY, | Case No. C17-02616 HSG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT CONFERENCE DATE ORDER** |
| City of Walnut Creek; Walnut Creek Police Department; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Brookshire; Walnut Creek Police Officer Adams; Walnut Creek Police Officer Ashley Roskos; Walnut Creek Police Officer Njoroge; Walnut Creek Police Officer Steve Bertolozzi; Walnut Creek Police Detective Kim Gerstner; Walnut Creek Police Officer Scott Moorhouse; Walnut Creek Police Chief Tom Chaplin, Rachel Melia Smith and DOES 1-20, | |
| Defendants. | |

WHEREAS the Court recently set October 31, 2017 as the new date for a Case Management Conference in this matter and to discuss a due date for Plaintiff's First Amended Complaint; and

WHEREAS Plaintiff counsel is set for trial in State court to commence on October 30,

2017, in the matter of *Cochran v. Lake*, San Mateo Superior Court No. CIV531946, and the case

may "trail" some days and is otherwise expected to last for approximately two weeks; and

WHEREAS Plaintiff's counsel is scheduled for hip replacement surgery on November

27, 2017 and will therefore be physically unavailable for about two weeks; and

WHEREAS plaintiff's counsel and defense counsel have met and conferred to propose an

orderly modification to the Case Management Conference schedule;

NOW THEREFORE the parties, by and through their respective attorneys, have agreed

that good cause exists in the interest of the furtherance of justice that the schedule for the Case

Management Conference be adjusted such that the said Conference take place on Tuesday

November 21, 2017, and a joint Case Management Conference Statement be filed on November

14, 2017.

Dated: October 18, 2017     HELBRAUN LAW FIRM

By: _____/s/__Helbraun, David M_____
     David M. Helbraun
     Attorneys for Plaintiff
     Paul Alfred Sincerny


Dated: October 18, 2017     MᴄNᴀᴍᴀʀᴀ, Nᴇʏ, Bᴇᴀᴛᴛʏ, Sʟᴀᴛᴛᴇʀʏ,
     Bᴏʀɢᴇs & Aᴍʙᴀᴄʜᴇʀ LLP

By: ___/s/ Blechman, Noah G._____
     Noah G. Blechman
     Attorneys for Defendants
     City of Walnut Creek; Walnut Creek Police Sergeant
     Ryan Hibbs; Walnut Creek Police Officer Lee
     Herrington; Walnut Creek Police Officer Adams; and
     Walnut Creek Police Officer Ashley Roskos

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE EXSITING

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

XXX

XXX

XXX

XXX

MᴄNᴀᴍᴀʀᴀ, Nᴇʏ, Bᴇᴀᴛᴛʏ, Sʟᴀᴛᴛᴇʀʏ, Bᴏʀɢᴇs & Aᴍʙᴀᴄʜᴇʀ LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

The Case Management Conference shall take place on Tuesday November 21, 2017, and a joint Case Management Conference Statement shall be filed on November 14, 2017.

IT IS SO ORDERED

Dated: October 23, 2017

By: *Haywood S. Gill, Jr.*

Hon. Haywood S. Gilliam, Jr.
District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330