NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Walnut Creek; Walnut Creek Police Sergeant Ryan
Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut
Creek Police Officer Adams; and Walnut Creek Police Officer
Ashley Roskos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Walnut Creek; Walnut Creek Police Department; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Brookshire; Walnut Creek Police Officer Adams; Walnut Creek Police Officer Ashley Roskos; Walnut Creek Police Officer Njoroge; Walnut Creek Police Officer Steve Bertolozzi; Walnut Creek Police Detective Kim Gerstner; Walnut Creek Police Officer Scott Moorhouse; Walnut Creek Police Chief Tom Chaplin, Rachel Melia Smith and DOES 1-20,<br><br>    Defendants. | Case No. C17-02616 HSG<br><br>**STIPULATION AND ORDER CONTINUING THE ADR DEADLINE TO DATE FOLLOWING THE RULING ON DEFENDANTS' RULE 12 MOTION TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties have agreed to and the Court has ordered that the parties attend an

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

Early Neutral Evaluation ("ENE") in this matter.

WHEREAS the deadline to complete the ENE passed on December 27, 2017, without the parties being able to complete the ENE, due to Defendants' filing, and the Court's subsequent granting (with leave to amend) of Defendants Motion to Dismiss portions of Plaintiff's Complaint.

WHEREAS Plaintiff did not file a First Amended Complaint ("FAC") in this action until December 28, 2017.

WHEREAS Defendants subsequently filed a Motion to Dismiss portions of Plaintiff's FAC which is not set to be heard until March 29, 2018. Assuming the Court issues an Order on the Motion soon after that hearing the parties believe they can attend an ENE by no later than April 30, 2018. Per the Scheduling Order in this matter (ECF-38) there is currently a fact discovery deadline on June 4, 2018, and an expert discovery deadline on July 28, 2018. The parties may need to seek to continue some of these deadlines.

WHEREFORE good cause has been shown to continue the ADR deadline to complete the ENE by no later than April 30, 2018.

We hereby attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: January 23, 2018   HELBRAUN LAW FIRM

By: _____/s/__Helbraun, David M_____
David M. Helbraun
Attorneys for Plaintiff

Dated: January 23, 2018   McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Blechman, Noah G._____
Noah G. Blechman
Attorneys for Defendants

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The parties are ordered to complete an Early Neutral Evaluation in this matter by no later than April 30, 2018.

IT IS SO ORDERED.

Dated: 1/24/2018



_____
Haywood S. Gilliam, Jr.
District Court Judge