1  DAVID M. HELBRAUN (SBN 129840)
   **HELBRAUN LAW FIRM**
2  44 Montgomery Street, Suite 3340
   San Francisco, California 94104
3  Telephone: (415) 982-4000
   Facsimile: (415) 421-0912
4  dmh@helbraunlaw.com

5  Attorneys for Plaintiff
   PAUL ALFRED SINCERNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Walnut Creek; Walnut Creek Police Department; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Brookshire; Walnut Creek Police Officer Adams; Walnut Creek Police Officer Ashley Roskos; Walnut Creek Police Officer Njoroge; Walnut Creek Police Officer Steve Bertolozzi; Walnut Creek Police Detective Kim Gerstner; Walnut Creek Police Officer Scott Moorhouse; Walnut Creek Police Chief Tom Chaplin, and DOES 1-20,<br><br>    Defendants. | Case No. C17-02616 HSG<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE CITY OF WALNUT CREEK'S MOTION TO DISMISS** |

    WHEREAS defendants City of Walnut Creek recently filed a Motion to Dismiss plaintiff's First amended Complaint on January 11, 2018, and is now set for hearing on March 29, 2018; and

    WHEREAS plaintiff's Opposition briefing would under Northern District Local Rules be required to be filed and served no later than January 25, 2018; and

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

WHEREAS plaintiff's counsel is set for depositions almost every day in a construction matter through the end of the month and the into February, and

WHEREAS plaintiff's counsel and defense counsel have met and conferred to propose an orderly modification to the briefing schedule for the City's Motion to Dismiss, and

NOW THEREFORE, the City moving parties and plaintiff, by and through their respective attorneys, hereby agree and stipulate that good cause exists in the interest of the furtherance of justice and the above-referenced circumstances that the briefing schedule be modified such that plaintiff's Opposition to said motion shall be due no later than February 22, 2018, and the Reply briefing no later than March 10, 2018.

IT IS SO STIPULATED.

Dated: January 23, 2018           HELBRAUN LAW FIRM

                                  By:  _____/s/__Helbraun, David M_____
                                       David M. Helbraun
                                       Attorneys for Plaintiff
                                       Paul Alfred Sincerny

Dated: January 23, 2018           MCNAMARA, NEY, BEATTY, SLATTERY,
                                  BORGES & AMBACHER LLP

                                  By:  ___/s/ Blechman, Noah G._____
                                       Noah G. Blechman
                                       Attorneys for Defendants
                                       City of Walnut Creek; Walnut Creek Police Sergeant
                                       Ryan Hibbs; Walnut Creek Police Officer Lee
                                       Herrington; Walnut Creek Police Officer Adams; and
                                       Walnut Creek Police Officer Ashley Roskos

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE EXSITING THEREFORE, IT IS HEREBY ORDERED THAT PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED COMPAINT BE FILED NO LATER THAN FEBRUARY 22, 2018, AND THE MOVING PARTIES' REPLY BRIEFING BE FILED NO LATER THAN MARCH 10, 2018.

Dated: January 24, 2018                          By: _____
                                                 Hon. Haywood S. Gilliam, Jr.
                                                 District Court Judge