NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Walnut Creek; Walnut Creek Police Sergeant Ryan
Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut
Creek Police Officer Adams; and Walnut Creek Police Officer
Ashley Roskos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of Walnut Creek, et al.,<br><br>　　　　Defendants. | Case No. C17-02616 HSG<br><br>**STIPULATION AND ORDER TO SCHEDULE A CASE MANAGEMENT CONFERENCE**<br><br>Dept: Ctrm 2-4th Flr. (Oakland)<br>Judge: Hon. Haywood S. Gilliam Jr. |

The PARTIES, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS the parties attended a hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint held in front of Your Honor on March 29, 2018, and informed the Court about the upcoming Early Neutral Evaluation (ENE) on April 12, 2018.

2. WHEREAS at the end of the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, Your Honor ordered the parties to notify the Court on April 13th, following the ENE on April 12, 2018, as to whether the matter resolved or not as if it did not resolve, Your Honor agreed that a further Case Management Conference should be scheduled to discuss the status of the current deadlines in this matter

STIPULATION AND ORDER TO SCHEDULE A
FURTHER CASE MANAGEMENT CONFERENCE;
C17-02616 HSG

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

3. WHEREAS the parties attended an ENE on April 12th which did not resolve this matter.

4. WHEREFORE good cause has been shown to set a Further Case Management Conference in this matter at 2:00 p.m. on either May 1st, May 22nd, (June 5th Plaintiff's counsel is out of the country), June 26th or on another date convenient to this Court.

**IT IS SO STIPULATED.**

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: April 13, 2018          HELBRAUN LAW FIRM

                               By:  /s/  Helbraun, David M
                                    David M. Helbraun, Attorney for Plaintiff
                                    Paul Alfred Sincerny

Dated: April 13, 2018          McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

                               By:  /s/ Blechman, Noah G.
                                    Noah G. Blechman
                                    Attorneys for Defendants
                                    City of Walnut Creek; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Adams; and Walnut Creek Police Officer Ashley Roskos

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

A Further Case Management Conference in this matter is hereby set for May 1, 2018, at 2:00 p.m. in Courtroom 2, 4th Floor, Northern District Court, Oakland. The parties also ordered to file a Further Joint Case Management Conference Statement one week prior to that hearing.

**IT IS SO ORDERED.**

Dated: April 16, 2018          By: /s/ Haywood S. Gilliam Jr.
                               Hon. Haywood S. Gilliam, Jr.
                               U.S. District Court Judge

STIPULATION AND ORDER TO SCHEDULE A FURTHER CASE MANAGEMENT CONFERENCE; C17-02616 HSG