NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Walnut Creek; Walnut Creek Police Sergeant Ryan
Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut
Creek Police Officer Adams; and Walnut Creek Police Officer
Ashley Roskos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Walnut Creek et al.,<br><br>    Defendants. | Case No. C17-02616 HSG<br><br>**STIPULATION AND ORDER TO CONTINUE THE UPCOMING CASE MANAGEMENT CONFERENCE**<br><br>Date: May 1, 2018<br>Time: 2:00 p.m.<br>Dept: Ctrm 2-4th Flr. (Oakland)<br>Judge: Hon. Haywood S. Gilliam, Jr. |

The PARTIES, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS the parties attended an Early Neutral Evaluation (ENE) in this matter on April 12, 2018.

2. WHEREAS discussions between the parties following the April 12, 2018, ENE have been ongoing and the parties have now reached a tentative settlement, subject to the approval by the Walnut Creek City Council. Defendants anticipate approval of the tentative settlement within the next three weeks (likely on Tuesday, May 15th).

3. WHEREAS the parties currently have a Further Case Management Conference ("CMC")

STIPULATION AND ORDER TO CONTINUE
THE UPCOMING CASE MANAGEMENT
CONFERENCE, C17-02616 HSG

scheduled in this matter for May 1, 2018.

4. WHEREFORE good cause has been shown to continue the Further CMC in this matter out for 45 to 60 days, to provide the parties enough time for approval of the settlement by the Walnut Creek City Council and to file a dismissal with prejudice in this action.

**IT IS SO STIPULATED.**

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: April 24, 2018          HELBRAUN LAW FIRM

By:  /s/  Helbraun, David M
David M. Helbraun, Attorney for Plaintiff
Paul Alfred Sincerny

Dated: April 24, 2018          MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:  /s/ Blechman, Noah G.
Noah G. Blechman
Attorneys for Defendants
City of Walnut Creek; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Adams; and Walnut Creek Police Officer Ashley Roskos

### ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference in this matter currently set for May 1, 2018, is hereby continued to June 19, 2018, at 2:00 p.m. in Courtroom 2, 4th Floor, Northern District Court, Oakland. The parties are also ordered to file a Further Joint Case Management Conference Statement one week prior to that hearing.

**IT IS SO ORDERED.**

Dated: April 25, 2018          By: /s/ Haywood S. Gilliam Jr.
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge

STIPULATION AND ORDER TO CONTINUE          2
THE UPCOMING CASE MANAGEMENT
CONFERENCE, C17-02616 HSG