1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  AMY S. ROTHMAN (State Bar No. 308133)
   amy.rothman@mcnamaralaw.com
3  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203

Attorneys for Defendants
City of Walnut Creek; Walnut Creek Police Sergeant Ryan
Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut
Creek Police Officer Adams; and Walnut Creek Police Officer
Ashley Roskos

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALFRED SINCERNY,<br><br>Plaintiff,<br><br>vs.<br><br>City of Walnut Creek; Walnut Creek Police Department; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Brookshire; Walnut Creek Police Officer Adams; Walnut Creek Police Officer Ashley Roskos; Walnut Creek Police Officer Njoroge; Walnut Creek Police Officer Steve Bertolozzi; Walnut Creek Police Detective Kim Gerstner; Walnut Creek Police Officer Scott Moorhouse; Walnut Creek Police Chief Tom Chaplin, and DOES 1-20,<br><br>Defendants. | Case No. C17-02616 HSG<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, namely the entire action, against Defendants City of Walnut Creek; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Adams; and

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE - C17-
02616 HSG

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

Walnut Creek Police Officer Ashley Roskos, and any and all other named parties, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 8, 2018                HELBRAUN LAW FIRM

By:   /s/  Helbraun, David M
   David M. Helbraun
   Attorney for Plaintiff
   Paul Alfred Sincerny

Dated:  June 8, 2018               McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Blechman, Noah G.
   Noah G. Blechman
   Amy S. Rothman
   Attorneys for Defendants
   City of Walnut Creek; Walnut Creek Police Sergeant Ryan Hibbs; Walnut Creek Police Officer Lee Herrington; Walnut Creek Police Officer Adams; and Walnut Creek Police Officer Ashley Roskos

## **ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated:  June 12, 2018         By: *[signature]*
                              Hon. Haywood S. Gilliam, Jr.
                              U.S. District Court Judge

STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE- C17-02616 HSG        2